IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEBRA S. FLOERCHINGER                                    PLAINTIFF

VS.                          NO. 4:04CV-00941 GH

THE BOARD OF TRUSTEES OF
THE UNIVERSITY OF ARKANSAS,
A Body Politic and Corporat                              DEFENDANT

### ORDER OF DISMISSAL WITH PREJUDICE

On this date comes to be heard the plaintiff, who has notified the Court that all issues in this case have been compromised and that plaintiff moves that this case be dismissed with prejudice. Having considered the plaintiffs Motion, the Court finds that all issues have been compromised and that plaintiffs Motion should be granted.

THEREFORE, IT IS ORDERED AND ADJUDGED THAT this case is hereby dismissed with prejudice. Defendant is ordered to pay to plaintiff the sum of $7,000 in damages, which shall fully satisfy all of plaintiff s claims for alleged back pay, loss of income and benefits, other damages and remedial relief; and, defendant is ordered to pay to plaintiffs attorney, Sheila F. Campbell the sum of $3,000, in full satisfaction of all claims by plaintiff and her attorney for attorney fees and costs.

_____
U.S. District Judge

December 20, 2007
DATE